UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JERBEIN MEJIA,                      :

    Petitioner,                  :
                                           Case No. C-1-01-688
v.                                  :

DON DEWITT, WARDEN,                 :     Judge Arthur S. Spiegel

    Respondent.                  :     Mag. Judge Jack Sherman

                                  :

REQUEST TO COURT FOR SERVICE OF DECISIONS

Jerbein Eligio Mejia
Inmate No. A391-808-00
Ross Correctional Institute
16149 State Route 104
Chillicothe, Ohio
(440) 539-9619

PETITIONER AND COUNSEL PRO SE


Bruce D. Horrigan (0047170)
Assistant Attorney General
Corrections Litigations Section
State Office Bldg., 11th Floor
615 West Superior Avenue
Cleveland, Ohio
44113-3030
(216) 787-3030
(216) 787-3480 Fax

ATTORNEY FOR RESPONDENT DON DEWITT, WARDEN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEREBIN MEJIA, | : | |
| Petitioner, | : | Case No. C-1-01-688 |
| v. | : | |
| DON DEWITT, WARDEN, | : | Judge Arthur S. Spiegel |
| Respondent. | : | Mag. Judge Jack Sherman |
| | : | |

REQUEST TO COURT FOR SERVICE OF DECISIONS

Now Comes, Jerbein Mejia, Petitioner, pro se, and hereby respectfully moves this Honorable Court for its ORDER having any and all future decisions rendered served upon Petitioner as well as his counsel.

Fed.R.Civ.P. 5(b)(1) holds that: "Service under rules 5(a) and 77(d) on a party represented by an attorney is made on the attorney unless the court orders service on the party." In this instance, Petitioner is represented by counsel, but has also submitted pro se motions, as he feels that counsel has not exactly functioned in his best interest, therefore, it is essential that Petitioner be informed of all decisions, so if necessary, he may timely object to any adverse rulings.

Respectfully submitted,

*Jerbein Mejia*
Jerbein Mejia, Petitioner
Counsel Pro Se

Case 1:01-cv-00688-SAS-TSB   Document 11   Filed 09/10/2003   Page 3 of 3

## CERTIFICATE OF SERVICE

A true copy of the foregoing Request To Court For service Of Decision was served upon Bruce D. Horrigan, Assistant Attorney General, Corrections Litigations Section, State Office Bldg. 11th Floor, 615 West Superior Avenue, Cleveland, Ohio 44113-3030 and William R. Gallagher, counsel for Petitioner, The Citadel, 114 East Eighth Street, Cincinnati, Ohio 45202 by U.S. regular mail, postage pre-paid this 9th day of September, 2003.

*Jerbein Mejia*
Jerbein Mejia, Petitioner
Inmate No. A391-808-00
Ross Correctional Institute
16149 State Route 104
Chillicothe, Ohio
45601-7010
(440) 539-9619