**United States District Court**
**Southern District of Ohio**
**Western Division**

Jerbein Mejia,
      Petitioner

         No.  1:01-cv-00688

vs.

         Spiegel, J.; Sherman, MJ

Don Dewitt, Warden,
      Respondent

         **ORDER GRANTING EXTENSION**

On September 12, 2003, Petitioner filed a Motion for Extension of Time to file a Traverse (Doc. 12).  That motion  is GRANTED. The time is extended to October 17, 2003.

          s/Jack Sherman, Jr.
         Jack Sherman, Jr.
         United States Magistrate Judge

J:\HABEAS\Awaiting pdf filing\01-688 extension.wpd