**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jerbein Eligio Mejia
#A391-808-00
Ross Corr. Inst.
16149 State Route 104
Chillicothe, OH 45601-7010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jerbein Mejia
☐ Agent
☐ Addressee

B. Received by (Printed Name)
X JERBEIN MEJIA

C. Date of Delivery
1-5-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7001 2510 0008 6348 9169

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540