APPENDIX

# Exhibit "A"

# U.S. District Court
## Southern District of Ohio (Cincinnati)
## CIVIL DOCKET FOR CASE #: 1:01-cv-00688-SAS-TSB

Mejia v. DeWitt
Assigned to: S Arthur Spiegel
Referred to: Timothy S. Black
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 10/09/01
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**
-------------------

**Jerbein Mejia**                                    represented by **William Richard Gallagher**
                                                     Arenstein & Gallagher - 1
                                                     The Citadel
                                                     114 E Eighth Street
                                                     Cincinnati, OH 45202
                                                     513-651-5666
                                                     Email: wrg35@aol.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

V.

**Respondent**
-------------------

**Don DeWitt**                                       represented by **Bruce David Horrigan**
                                                     Ohio Attorney General
                                                     Corrections Litigation Section
                                                     615 W Superior Avenue
                                                     11th Floor
                                                     Cleveland, OH 44113-1899
                                                     216-787-3030
                                                     Fax : 216-787-3480
                                                     Email: bhorrigan@ag.state.oh.us
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|

| 10/09/2001 | 1 | PETITION FOR WRIT OF HABEAS CORPUS (referred to Mag. Judge Jack Sherman ) ( no pgs: 6) (wam) (Entered: 10/10/2001) |
|---|---|---|
| 10/09/2001 |  | Filing Fee Paid: on 10/9/01 in the amount of $ 5.00, receipt # 412504. (wam) (Entered: 10/10/2001) |
| 11/16/2001 | 2 | ORDER TO SHOW CAUSE: by Mag. Judge Jack Sherman that respondant has sixty (60) days to respond to the petition for writ of habeas corpus ( no pgs: 2) (cc: all counsel) (km) (Entered: 11/16/2001) |
| 01/09/2002 | 3 | RETURN OF WRIT by respondent to habeas corpus petition [1-1] ( no pgs: 26+appendix of exhibits 1-14) (km) (Entered: 01/09/2002) |
| 01/14/2002 | 4 | UNOPPOSED MOTION by petitioner to extend time 30 days in which to file traverse to answer/return of writ ( no pgs: 2) (km) (Entered: 01/14/2002) |
| 01/17/2002 |  | NOTATION ORDER by Mag. Judge Jack Sherman granting unopposed motion to extend time 30 days in which to file traverse to answer/return of writ [4-1] (cc: all counsel) (km) (Entered: 01/17/2002) |
| 02/07/2002 | 5 | RESPONSE/TRAVERSE by petitioner to answer/return of writ [3-2] ( no pgs: 4) (km) (Entered: 02/07/2002) |
| 04/21/2003 | 6 | MOTION by petitioner to stay & abey habeas proceedings ( no pgs: 10+) (wam) (Entered: 04/21/2003) |
| 04/24/2003 | 7 | Addendum/Supplement by petitioner re motion to stay & abey habeas proceedings [6-1] ( no pgs: 2+) (wam) (Entered: 04/24/2003) |
| 06/30/2003 | 8 | MOTION by petitioner for leave to amend habeas petition ( no pgs: 7+) (wam) (Entered: 06/30/2003) |
| 08/21/2003 | 9 | REPORT AND RECOMMENDATION by Mag. Judge Jack Sherman that motion to stay & abey habeas proceedings [6-1] be DENIED as moot; NOTICE: Parties have 10 days to file objections (cc: all counsel) ( no pgs: 2) (wam) (Entered: 08/21/2003) |
| 08/21/2003 | 9 | ORDER by Mag. Judge Jack Sherman granting motion for leave to amend habeas petition [8-1]; respondent shall have 20 days from the date of this Order to file an amended return of writ addressing petitioner's amended petition (cc: all counsel) ( no pgs: 2+) (wam) (Entered: 08/21/2003) |
| 09/05/2003 | 10 | AMENDED ANSWER to [1] Petition for Writ of Habeas Corpus by Respondent Don DeWitt. (Horrigan, Bruce) (Entered: 09/05/2003) |

| | | |
|---|---|---|
| 09/10/2003 | 11 | MOTION for Order to be placed on the service list for any orders by Petitioner Jerbein Mejia. (wam, ) (Entered: 09/10/2003) |
| 09/12/2003 | 12 | MOTION for Extension of Time until 10/17/03 to File traverse by Petitioner Jerbein Mejia. (wam, ) (Entered: 09/15/2003) |
| 09/23/2003 | 13 | ORDER granting 12 Motion for Extension of Time to File Traverse until 10/17/2003. Signed by Judge Jack Sherman Jr. on 9/23/2003. (km, ) (Entered: 09/23/2003) |
| 10/06/2003 | 14 | AMENDED TREAVERSE by Petitioner Jerbein Mejia. Amendment to [5] traverse (Attachments: # 1 Exhibit)(wam, ) (Entered: 10/06/2003) |
| 12/31/2003 | 15 | ORDER and Report & Recommendation entered by Magistrate Judge Susan Novotny that petitioner's motion 11 requesting the the Clerk of Court serve all rulings of this Court on petitioner is GRANTED; and the petitioner's amended petition for writ of habeas corpus [1] & [8] be DENIED w/prejudice. Certificate of appealability should not issue; and an appeal of this order would not be taken in good faith and, therefore, DENY petitioner leave to proceed on appeal in forma pauperis. Objections to R&R due by 1/10/2004. (Attachments: # 1 certified mailing label addressed to petitioner, Jerbein Mejia)(art, ) Additional attachment(s) # 2 returned certified mailing label addressed to Jerbein Mejia added on 1/8/2004 (art, ). (Entered: 12/31/2003) |
| 01/08/2004 | 16 | MOTION for Extension of Time to File objecions to 15 REPORT AND RECOMMENDATIONS by Petitioner Jerbein Mejia. (wam, ) (Entered: 01/08/2004) |
| 01/13/2004 | | NOTATION ORDER granting 16 Motion for Extension of Time to File Objections re 15 REPORT AND RECOMMENDATIONS. Objections due by 2/9/2004. Signed by Judge S Arthur Spiegel on 1/13/2004. (km, ) (Entered: 01/13/2004) |
| 02/02/2004 | 17 | OBJECTION to 15 Report and Recommendation & request for issuance of certificate of appealability by Petitioner Jerbein Mejia. (Attachments: # 1 Exhibit)(wam, ) (Entered: 02/03/2004) |
| 03/08/2004 | | Case docket corrected to reflect that this case is now referred to Visiting Magistrate Judge David S Perelman. Magistrate Judge Jack Sherman no longer assigned to the case. (art, ) (Entered: 03/08/2004) |
| 03/31/2004 | 18 | ORDER ADOPTING REPORT AND RECOMMENDATION re [9] Report and Recommendation, denying as moot [6] Motion to Stay filed by Jerbein Mejia. Signed by Judge S Arthur Spiegel on 3/31/2004. (km, ) (Entered: 03/31/2004) |

| 05/12/2004 | | Judge Timothy S. Black added. Judge David S Perelman no longer assigned to case. (jal, ) (Entered: 05/12/2004) |

Exhibit "B"

OFFICE OF THE CLERK
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

Jerbein Eligio Mejia #391-808
Ross Correctional Institution
P.O. Box 7010
Chillicothe, OH 45601

45601-7010