Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| JERBEIN MEJIA, | : | |
| Petitioner, | : | Case No. 1:01-CV-00688 |
| v. | : | JUDGE S. ARTHUR SPIEGEL |
| DON DEWITT, WARDEN, | : | Magistrate Judge Black |
| Respondent. | : | HABEAS CORPUS |
| | : | |

State of Ohio
            SS.:   AFFIDAVIT IN SUPPORT
County of Ross

Jerbein Mejia, being first duly sworn and advised of the penalty of purjury, does hereby swear to the following:

Absolutely every pro se pleading submitted to either the state or federal courts since the middle of 2002 was researched, prepared and filed by Matthew Stedman, Ross Correctional Inmate Number A378-933-00. After each document was completed, I was informed in Spanish of its contents, then it was signed by me.

I have known Mr. Stedman since the spring of 2001 and I consider him a close friend and confidant. He was moved into my cell by Mrs. Phyllis Cutlip, Case Manager, in order to assist me in my language difficulties. Mr. Stedman accompanies me on doctor visits and all other institutional meetings where translation may be necessary.

I believe Mr. Stedman is acting in my best interests and fully support the idea of him becoming my prochein ami for purposes of future representation.

There is a good possibility that in the near future Mr. Stedman or myself may be transferred to another correctional institute due to a lower security status. Therefore, it would be unreasonable as well as prejudicial, if I were required to send Mr. Stedman all legal correspondence I receive, have him prepare responses or necessary pleadings, then have him send those documents to me for my signature. Time requirements of the courts would never permit such an inconvenience.

WHEREFORE, your Affiant prays that this Honorable Court will in all respects recognize Matthew Stedman as my prochein ami, and for any other and further relief that the Court deems just and fair to grant.

_Jerbein Mejia_
Jerbein Mejia, Affiant

Sworn to and subscribed in my presence this 2 day of August, 2004.

BERNARD BERRY
Notary Public, State of Ohio
My Commission Expires 05/08/2005

_Bernard Berry_
Bernard Berry, Notary

Matthew Robert Stedman, Being first duly sworn and advised of the penalty of purjury, swears that Jerbein Mejia was informed in Spanish of all aspects of the aforementioned affidavit before signing.

_Matthew R. Stedman_
Matthew Robert Stedman
Affiant & Translator