

EXHIBIT B

>
> Jerbein Mejia   Inmate No. A391-808
> Ross Correctional Institute
> 16149 State Route 104
> Chillicothe, Ohio  45601

November 15, 2002

Arenstein & Gallagher
The Citadel
114 East Eighth Street                RE: Ineffective Counsel/
Cincinnati, Ohio  45202                   App.R. 26(B)

Dear Mr. Gallagher:

It's been well over two-months and you have failed to reply to my letter concerning the sentencing error, and you have not returned any of the phone calls from my family or friends regarding this issue. I am very disappointed in you and your firm to say the least. I thought I retained you to help me. You apparently serve only your own interests, which in this case is protecting your partner.

Enclosed please find a copy of the proposed Application For Reopening. If you reconsider and decide to assist me, please let me know before the expiration of two-weeks time, as I will file this in the beginning of December.

Including the costs of the trial transcripts, my family has paid your office $14,000. That is no small amount for us, and I expected more from you than to be ignored, or to receive letters that state that nothing has yet happened in my habeas petition.

I pray that I am able to receive the justice that you did not obtain for me in state court.

Sincerely,

*Jerbein Mejia*
Jerbein Mejia

CC: copy

| Personal A/C Withdrawal Check Out-Slip | Dollars: | Cents: |
|---|---|---|

| Institution: Ross Correctional Institute | Date: November 15, 2002 | |
|---|---|---|
| Name: Arenstein & Gallagher | | |
| Address: The Citadel, 114 East Eighth Street | | |
| City: Cincinnati | State: Ohio | Zip Code: 45202 |

☒ Postage  ☐ Copies  ☐ ID  ☐ Misc. _____  ☐ Check-out CK # _____

The inmate's signature on this withdrawal request verifies that the information listed above has been read to or by the inmate and is correct. In the event of an error in the address which results in the return of this package, the inmate shall assume financial responsibility.

| Inmate's Signature: Jerbein Mejia | Number: A391-803-00 | Block & Cell Number: *S-A  271 |
|---|---|---|
| Approved By: | Witnessed: | |

| Ship VIA: U.S. FIRST CLASS MAIL | Date Processed: 11/18/02 |
|---|---|

DRC 1004 (Rev. 3/01)   DISTRIBUTION:   WHITE - Cashier   CANARY- Inmate   Pink- _____   ACA 4046

## DECLARACION JURADA EN SOPORTE DE APLICACION

Jerbein Mejia, solicitante en esta causa, primera existente debidamente declarado bajo juramento y avisado de la penalidad de jurar en falso, por esto declaro bajo juramento lo siguiente:

Yo soy un nativo de la Republica Dominicana, tengo 45 años de edad, que solo fui educado en el idioma español. Aunque yo visite Estados Unidos en varias oportunidades anteriores antes de mi arresto en 1999, yo nunca tuve una oportunidad para aprender ingles, porque toda mi familia y amigos que viven aqui son Dominicanos y solo hablamos en español.

Despues de mi arresto en 1999, y durante el proceso de mi juicio, yo estuve provisto de un interprete, pero despues de condenarme, mi nuevo abogado Hal Arenstein, no tenia una persona que se comunicara conmigo en español. Las pocas cartas que el Señor Arenstein me envio, fueron todas en ingles, y yo no entendi ninguna. El Señor Arenstein me envio copias de mi notificacion de apelacion y la relacion de la misma, pero otra vez, puesto que yo no hablo ingles, y no entiendo el sistema legal de este pais, los documentos destinados a mi, no significaban nada para mi.

Aunque yo estoy encarcelado por aproximadamente tres anos, yo todavia no he aprendido ingles, por que el Estado de Ohio no me ha provisto de asistencia y entrenamiento en el el idioma. Por lo tanto no fue posible para mi descubrir por mi mismo que tenia una sentencia ilegal maxima y consecutiva. Si no hubiera sido por la asistencia del Señor Matthew Stedman, mi consejero en ambas apelaciones ineficaces y en los mas serios errores que se cometieron en mi sentencia, sino hubiese sido por su ayuda, yo nunca lo hubiera sabido.

*Jerbein Mejia*
Jerbein Mejia, Solicitante

## ENGLISH TRANSLATION OF AFFIDAVIT IN SUPPORT OF APPLICATION

I, Matthew Stedman, do swear that I have made a true and accurate English translation of Mr. Mejia's Affidavit In Support Of Application for reopening. The translation is as followed:

Jerbein Mejia, Applicant in this cause, being first duly sworn and advised of the penalty of perjury, does hereby swear to the following:

I am a 45-year-old Dominican National whom has only been educated in the Spanish language. Although I did visit the United States several times prior to my 1999 arrest, I never had an opportunity to learn English, as all of my family and friends who live here are also Spanish speaking Dominican Nationals.

Following my 1999 arrest, and throughout my trial process, I was provided with an interpreter, but after my conviction, my new attorney Hal Arenstein, did not have a Spanish speaker to communicate with me. The few letters Mr. Arenstein did send to me, were in English, and I did not understand them. Mr. Arenstein did also send me copies of the notice of appeal and brief, but again, since I do not speak English, or understand the legal system of this country, the documents meant very little to me.

Even though I have been incarcerated for approximately three years, I still have not learned English, as the State of Ohio has provided me with no language training or assistance, therefore it would have been impossible for me to have discovered on my own, that I had been illegally sentenced to maximum and consecutive terms. If it were not for the assistance of Mr. Matthew Stedman, both my appellate counsel's ineffectiveness and this most serious sentencing error would never have been known to me.

Jerbein Mejia, Affiant

*Matthew Stedman*
Matthew Stedman, Translator

Both Jerbein Mejia and Matthew Stedman came before me at my office on this 29th day of October, 2002, and after Mr. Stedman explained the laws of perjury to Mr. Mejia in Spanish, and both expressed that the information in the within affidavits was to the best of their individual knowledge true and accurate, they signed the respective documents.

J.L. Dodrill, Notary Public
My Commission Exp. 12-9-03