IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Jerbein Mejia, | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:01-cv-00688 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| Don DeWitt, Warden | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Magistrate Judge's Report and Recommendation (doc. 15) is hereby ADOPTED IN ITS ENTIRETY. Meija's Amended Petition for Writ of Habeas Corpus (doc. 8) is DISMISSED. This Court DECLINES to issue a certificate of appealability in this case. Pursuant to 28 U.S.C. § 1915(a)(3), the Court finds that an appeal of this Order may not be taken in good faith. Petitioner is therefore DENIED leave to proceed in forma pauperis on appeal of this Order. Petitioner's motion to Correct Error in Service (doc. 19) is GRANTED IN PART and DENIED IN PART, to wit: his motion to provide him with a copy of this Court's Order dated March 31, 2004 is GRANTED, and his motion to amend the docket is DENIED AS MOOT. The Clerk is hereby ORDERED to serve Meija with a copy of this Court's March 31, 2004 Order (doc. 18). Petitioner's motion to Establish Prochein Ami Representation (doc. 20) is DENIED AS MOOT.

8/10/04                                                           James Bonini, Clerk


                                                                  s/Kevin Moser
                                                                  Kevin Moser
                                                                  Deputy Clerk