**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 1:0lcv688  #18,21,22

JERBAIN MEJIA

391-808

ROSS CORRECTIONAL INST

16149 STATE ROUTE 104

CHILLICOTHE, OH 45601

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

x W Durl    ☒ Agent
            ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
W DURHA                            8-12-04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*    7002 0860 0006 5229 8528

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-0835